UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Kandie Guy, | : |
| Plaintiff, | : Civil Action No.: 2:13-cv-00032-NJB-DEK |
| v. | : |
| CCB Credit Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Kandie Guy ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 1, 2013

    Respectfully submitted,

    By:   /s/ Kenneth D. McLean
    Kenneth D. McLean, Esq. (LSB No. 30190))
    THE McLEAN LAW FIRM, LLC
    P.O. Box 38161
    Germantown, TN 38183-0161
    Telephone: (901) 326-6888
    Facsimile: (901) 531-8102
    Attorneys for Plaintiff

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  */s/ Kenneth D. McLean*

                                                Kenneth D. McLean, Esq.